IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No.  4:19-CV-03043 |
| M.C. COY, INC. and | ) | |
| YENMAI LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, ERIK GARCIA ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, **M.C. COY, INC. and YENMAI LIMITED PARTNERSHIP**.

Plaintiff and Defendants, **M.C. COY, INC. and YENMAI LIMITED PARTNERSHIP**, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the  agreement is finalized. Plaintiff and  Defendants request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 21st day of  March, 2020.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
*Attorney-in-Charge for Plaintiff*
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

1
SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279

## <u>CERTIFICATE OF SERVICE</u>

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on  this 21st day of March, 2020.

/s/Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 ● Tel (561) 807-7388 ● Fax (810) 885-5279